UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIYUSH GUPTA,<br><br>      Plaintiff,<br><br>   v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM),<br><br>      Defendant. | Case No. 5:14-cv-01358 HRL<br><br>**ORDER OF RECUSAL** |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall randomly reassign this case to another judge.

**SO ORDERED**.

Dated: March 25, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   5:14-cv-01358-HRL Notice has been electronically mailed to:

2   Mitchell F. Boomer     boomerm@jacksonlewis.com, baltruc@jacksonlewis.com,

3   SanFranciscoDocketing@JacksonLewis.com