AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

Plaintiff (s),

V.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 14-01358 EJD

Notice is hereby given that, subject to approval by the court, __PIYUSH GUPTA__ substitutes
(Party (s) Name)

__TOMAS M. FLORES__, State Bar No. __236876__ as counsel of record in
(Name of New Attorney)

place of __FRANCISCO X. MARQUEZ__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LAW OFFICE OF TOMAS M. FLORES
Address: 97 S. SECOND ST. - SUITE 100
Telephone: (760) 410-8356   Facsimile (760) 854-4300
E-Mail (Optional): tom@floreslegal.com

I consent to the above substitution.
Date: 06/10/2014
(Signature of Party (s))

I consent to being substituted.
Date: 06/10/2014
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 06/18/2014
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/17/2014

United States District Judge
Edward J. Davila

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]