UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIYUSH GUPTA,<br><br>           Plaintiff,<br><br>     v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM),<br><br>           Defendant. | Case No. 5:14-cv-01358 EJD<br><br>**ORDER CONTINUING TRIAL SETTING CONFERENCE** |

Having reviewed the parties Joint Trial Setting Conference Statement filed on January 20, 2015 (Docket Item No. 20), the court finds that a scheduling conference is premature at this time. Accordingly, the Trial Setting Conference scheduled for January 29, 2015, is CONTINUED to **11:00 a.m. on April 23, 2015.** The parties shall file an updated Joint Trial Setting Conference Statement on or before **April 13, 2015.**

In addition, the court orders as follows:

1.   The parties' request to extend the deadline for completion of fact discovery is GRANTED.  Accordingly, the deadline is extended to April 27, 2015.

2.   The parties shall forthwith meet and confer in order to reach an agreement on an ADR process.  On or before February 2, 2015, the parties shall either (1) file the form entitled "Stipulation and (Proposed) Order Selecting ADR Process" if an agreement is reached, or (2) file the form entitled "Notice of Need for ADR Phone Conference."

**IT IS SO ORDERED.**

Dated:  January 26, 2015

                                                                   _____
                                                                   EDWARD J. DAVILA
                                                                   United States District Judge

1

Case No.: 5:14-cv-01358 EJD
ORDER CONTINUING TRIAL SETTING CONFERENCE