# EXHIBIT M

```
                            Piyush Gupta-20130619-1739.txt
!started at 20130619-173916 (-0700)
!initiated by Piyush Gupta

Jun 19, 2013
5:39:16 PM: Piyush Gupta: Hi Ed..
5:39:22 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: hi piyush
5:40:13 PM: Piyush Gupta: how does disability and separation intersect?
5:40:32 PM: :: Piyush Gupta is available ::
5:40:33 PM: :: Piyush Gupta is available ::
5:41:02 PM: :: Piyush Gupta is offline ::
5:41:12 PM: :: Piyush Gupta is away ::
5:41:13 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: sorry, do you mean short-term disability?
5:41:22 PM: Piyush Gupta: yeah
5:44:53 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: so the person status is considered active if they are on
short-term disability.  if that disability runs to the 6 month max.,  they'd become Inactive....they then would either go
on long-term disability - LTD (if they applied and are approved), or would then go on LOA and onto the Calif. voluntary
plan for up to 6 more months
5:45:27 PM: Piyush Gupta: y...so thats the disability alone progression...which i understnad..
5:45:44 PM: Piyush Gupta: is the separation decision totally indent and orthogonal?
5:46:01 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: (...and of course the disability time would need to be approved
by ibm medical; the emloyee would have their physicianfill out a Medical treatment report and submit to medical)
5:46:10 PM: Piyush Gupta: y
5:47:38 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: by orthogonal, do you mean independent from something?
(...sorry if i'm not understanding the question)
5:48:03 PM: Piyush Gupta: y. meant to type independent not indent :-)
5:49:16 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: ultimately, it's up to IBM Medical to determine whether it's
certified or not, based on the data/information they receive from the employee's physician via the MTR form
5:49:53 PM: Piyush Gupta: y. i understand that IBM Medical has to approve whether an employee gets STD or LTD.
5:50:51 PM: Piyush Gupta: Question is: can we separate (either for performance or in a WFR action) an employee who is on
STD or applying for it....has a workman's comp case already?
5:53:31 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: ah, ok...so typically we'd review with IBM meidcal first before
delivering the notification that they're being seperated.  so for instance, if the employee had a broken leg, they might
say to still deliver the sep  message; if the person, say, has a heart condition and is recovering from recent surgery
perhaps, then we might be told not to deliver.
5:54:08 PM: Piyush Gupta: ok. so, thats just to be sensitive.
5:54:15 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: in those cases, the manager should get guidance from medical
first
5:54:53 PM: Piyush Gupta: but...there's no legal or other reason that prohibits us from separating a disabled (STD)
employee?
5:57:32 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: so it depends on the type/reason for separation, and whether
they still might be covered under the 12 week FMLA (or CFRA calif. equivalent) or not.  if there's a particular case we
might have brewing, let me know and i can arrange a call with you, i , and the nurse case manafger
5:58:07 PM: Piyush Gupta: I'm in India on biz :-(
5:59:15 PM: Piyush Gupta: FMLA = Family Medical Leave Act?
6:01:11 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: correct
6:01:46 PM: Piyush Gupta: if they're going on STD...they are covered by fmla, right?
6:02:45 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: ...that's the job-protected time.  yes, they could...but if the
work is being eliminated altogether and there's no work for them to come back to, then we'd review
6:04:07 PM: Piyush Gupta: what if they have not applied for STD yet but are in the process? I suppose we could deliver the
sep message...but let them apply for STD?
6:05:42 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: they can apply, and again, we'd need to work with IBM medical to
determine eligibility and whether it would require the manager to hold off on any performance management decisions
6:06:09 PM: Piyush Gupta: ok. thanks.
6:06:38 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: sure.  agian, feel free to let me know if when you return, we
need to get a call with the medical folks
6:07:04 PM: Piyush Gupta: ok. if you can keep a secret...this is for me :-)
6:07:25 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: were you part of the recent announcement?
6:07:35 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: impacted
6:07:42 PM: Piyush Gupta: i've been going on with a bum back...that has gone from bad to worse.....for 2 years now...
6:07:54 PM: Piyush Gupta: last december i told inhi i was done....
6:08:02 PM: Piyush Gupta: took a role focusing on south asia...
6:08:09 PM: Piyush Gupta: travel here once a month...
6:08:40 PM: Piyush Gupta: opened a workman's comp case in february....though i didn't change any of my routine!
6:09:06 PM: Piyush Gupta: ibm medical approved business class travel, for instance, but I can't bring myself to busr IBM's
money...still flying coach!
6:09:14 PM: Piyush Gupta: burn ibms money
6:09:25 PM: Piyush Gupta: had a discussion with inhi yesterday...
6:09:48 PM: Piyush Gupta: it would be advantageous for me, financially, to be part of the current action...
6:10:13 PM: Piyush Gupta: package is being worked...i should have details when i return next week...
6:10:45 PM: Piyush Gupta: i would like to go on std...so i give my back a chance to heal.....
6:10:52 PM: Piyush Gupta: but never return to ibm from std...
6:10:55 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: ok, so if you ended up having the Dr. submit an MTR to go on
STD, then she and her HR parnter would probably review with IBM Medical
6:11:11 PM: Piyush Gupta: no...i haven't...
6:11:14 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: (to determine impact on package offer)
6:11:56 PM: Piyush Gupta: doctor gave a note that i should not be flying...i submitted the note to ibm...but started
violating it effective april :-)
6:12:25 PM: Piyush Gupta: so...i guess what i should do once i return...is talk to my dr about going on std...and submit
that recommendation to my case nurse?
6:12:45 PM: Piyush Gupta: i've already told her that the only way my back will heal is if i go off on std...she agreed.
6:13:08 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: for any medical restrictions, yes, the doctor would need to
submit directly to ibm medical
6:13:15 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: via hte MTR
6:14:04 PM: Piyush Gupta: ok
Jun 19, 2013
6:18:35 PM: Piyush Gupta: ok guy. keep this to yourself until i wrap it up please...
6:18:49 PM: Piyush Gupta: i should have resolved it and be out by july end...
6:19:05 PM: ematchak@us.ibm.com - Ed Matchak/San Jose/IBM: k




                                       Page 1
```

IBM 00968

**Piyush Gupta**
Hi Ed..
5:39:22 PM
ematchak@us....
hi piyush
5:40:13 PM
**Piyush Gupta**
how does disability and separation intersect?
5:40:32 PM
:: Piyush Gupta is available ::
5:40:33 PM
:: Piyush Gupta is available ::
5:41:02 PM
:: Piyush Gupta is offline ::
5:41:12 PM
:: Piyush Gupta is away ::
5:41:13 PM
ematchak@us....
sorry, do you mean short-term disability?
5:41:22 PM
**Piyush Gupta**
yeah
5:44:53 PM
ematchak@us....
so the person status is considered active if they are on short-term disability. if that disability runs to the 6 month max., they'd become Inactive....they then would either go on long-term disability - LTD (if they applied and are approved), or would then go on LOA and onto the Calif. voluntary plan for up to 6 more months
5:45:27 PM
**Piyush Gupta**
y...so thats the disability alone progression...which I understnad..
5:45:44 PM
is the separation decision totally indent and orthogonal?
5:46:01 PM
ematchak@us....
(...and of course the disability time would need to be approved by ibm medical; the emloyee would have their physicianfill out a Medical treatment report and submit to medical)
5:46:10 PM
**Piyush Gupta**
y
5:47:38 PM
ematchak@us....
by orthogonal, do you mean independent from something? (...sorry if i'm not understanding the question)
5:48:03 PM
**Piyush Gupta**
y. meant to type independent not indent

5:49:16 PM
ematchak@us....
ultimately, it's up to IBM Medical to determine whether it's certified or not, based on the data/information they receive from the employee's physician via the MTR form
5:49:53 PM
**Piyush Gupta**
y. i understand that IBM Medical has to approve whether an employee gets STD or LTD.
5:50:51 PM
Question is: can we separate (either for performance or in a WFR action) an employee who is on STD or applying for it....has a workman's comp case already?
5:53:31 PM

IBM 00964

ematchak@us....
ah, ok...so typically we'd review with IBM meidcal first before delivering the notification that they're being seperated. so for instance, if the employee had a broken leg, they might say to still deliver the sep message; if the person, say, has a heart condition and is recovering from recent surgery perhaps, then we might be told not to deliver.

5:54:08 PM
**Piyush Gupta**
ok. so, thats just to be sensitive.

5:54:15 PM
ematchak@us....
in those cases, the manager should get guidance from medical first

5:54:53 PM
**Piyush Gupta**
but...there's no legal or other reason that prohibits us from separating a disabled (STD) employee?

5:57:32 PM
ematchak@us....
so it depends on the type/reason for separation, and whether they still might be covered under the 12 week FMLA (or CFRA calif. equivalent) or not. if there's a particular case we might have brewing, let me know and i can arrange a call with you, I, and the nurse case manafger

5:58:07 PM
**Piyush Gupta**
I'm in India on biz

5:59:15 PM

FMLA = Family Medical Leave Act?

6:01:11 PM
ematchak@us....
correct

6:01:46 PM
**Piyush Gupta**
if they're going on STD...they are covered by fmla, right?

6:02:45 PM
ematchak@us....
...that's the job-protected time. yes, they could...but if the work is being eliminated altogether and there's no work for them to come back to, then we'd review

6:04:07 PM
**Piyush Gupta**
what if they have not applied for STD yet but are in the process? I suppose we could deliver the sep message...but let them apply for STD?

6:05:42 PM
ematchak@us....
they can apply, and again, we'd need to work with IBM medical to determine eligibility and whether it would require the manager to hold off on any performance management decisions

6:06:09 PM
**Piyush Gupta**
ok. thanks.

6:06:38 PM
ematchak@us....
sure. agian, feel free to let me know if when you return, we need to get a call with the medical folks

6:07:04 PM
**Piyush Gupta**
ok. if you can keep a secret...this is for me

6:07:25 PM
ematchak@us....
were you part of the recent announcement?

6:07:35 PM

impacted

6:07:42 PM
**Piyush Gupta**
i've been going on with a bum back...that has gone from bad to worse.....for 2 years now...
6:07:54 PM

last december i told inhi i was done....
6:08:02 PM

took a role focusing on south asia...
6:08:09 PM

travel here once a month...
6:08:40 PM

opened a workman's comp case in february....though i didn't change any of my routine!
6:09:06 PM

ibm medical approved business class travel, for instance, but I can't bring myself to busr IBM's money...still flying coach!
6:09:14 PM

burn ibms money
6:09:25 PM

had a discussion with inhi yesterday...
6:09:48 PM

it would be advantageous for me, financially, to be part of the current action...
6:10:13 PM

package is being worked...i should have details when i return next week...
6:10:45 PM

i would like to go on std...so i give my back a chance to heal.....
6:10:52 PM

but never return to ibm from std...
6:10:55 PM
**ematchak@us....**
ok, so if you ended up having the Dr. submit an MTR to go on STD, then she and her HR parnter would probably review with IBM Medical
6:11:11 PM
**Piyush Gupta**
no...i haven't...
6:11:14 PM
**ematchak@us....**
(to determine impact on package offer)
6:11:56 PM
**Piyush Gupta**
doctor gave a note that i should not be flying...i submitted the note to ibm...but started violating it effective april

6:12:25 PM

so...i guess what i should do once i return...is talk to my dr about going on std...and submit that recommendation to my case nurse?
6:12:45 PM

i've already told her that the only way my back will heal is if i go off on std...she agreed.
6:13:08 PM
**ematchak@us....**
for any medical restrictions, yes, the doctor would need to submit directly to ibm medical
6:13:15 PM

via hte MTR

IBM 00966

6:14:04 PM
**Piyush Gupta**
ok

Jun 19, 2013

6:18:35 PM
**Piyush Gupta**
ok guy. keep this to yourself until i wrap it up please...

6:18:49 PM

i should have resolved it and be out by july end...

6:19:05 PM
**ematchak@us....**
k

IBM 00967