TOMAS M. FLORES (SBN 236876)
97 S. SECOND STREET - SUITE 100
SAN JOSE, CALIFORNIA 95113
TEL: (760) 410-8356
FAX: (760) 854-4300
*tom@floreslegal.com*

Counsel for Plaintiff
PIYUSH GUPTA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIYUSH GUPTA,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM),<br><br>    Defendant. | Case No. 14-CV-01358-EJD<br><br>**PIYUSH GUPTA DECLARATION IN SUPPORT THE MOTION FOR LEAVE TO AMEND COMPLAINT AND TO REMAND ACTION TO STATE COURT**<br>_____<br><br>Date:   July 30, 2015<br>Time:   9:00 a.m.<br>Place:  Courtroom 4, 5th Floor |

I, PIYUSH GUPTA, declare:

1. I am the Plaintiff in this action. This declaration is submitted in support of the Motion for Leave to Amend Complaint and to Remand Action to State Court. I have personal, first-hand knowledge of all matters stated herein and, if called as a witness, could and would testify competently thereto.

2. IBM took my oral deposition on December 9, 2014. In response to the many questions I was asked, I revealed many details about my employment at IBM that had not occurred to me to discuss with my attorney. It was only after I spoke with my attorney after the testimony I had given at my deposition did I find out that I could allege additional claims against Arvind Krishna and Edward Matchak. (Mr. Matchak resides in California.)

3. After the holidays I decided to amend the complaint as my attorney advised, but instructed him not to file the amended complaint if IBM agreed to go to mediation. I did not want to derail the settlement negotiations.

4. On January 2, 2014, my attorney wrote to IBM's attorney, Mitchell Boomer, and informed him of my intent to amend.

5. In the course of the mediation, I found out that IBM had to give me my last paycheck for wages due and accrued vacation on the day that I was terminated on August 15, 2015. I did not receive my final paycheck that day. Accordingly, I instructed my attorney to include a claim in the amended complaint for waiting time penalties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Jose, California on June 9, 2015.

By: _____
Piyush Gupta

14-CV-01358-EJD