TOMAS M. FLORES (SBN 236876)
97 S. SECOND STREET - SUITE 100
SAN JOSE, CALIFORNIA 95113
TEL:  (760) 410-8356
FAX: (760) 854-4300
*tom@floreslegal.com*

Counsel for Plaintiff
PIYUSH GUPTA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIYUSH GUPTA,<br><br>             Plaintiff,<br><br>     v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM),<br><br>             Defendant. | Case No. 14-CV-01358-EJD<br><br>**TOMAS M. FLORES DECLARATION IN SUPPORT THE MOTION FOR LEAVE TO AMEND COMPLAINT AND TO REMAND ACTION TO STATE COURT**<br>_____<br>Date:     July 30, 2015<br>Time:    9:00 a.m.<br>Place:    Courtroom 4, 5th Floor |

I, TOMAS M. FLORES, declare:

1. I am counsel of record for Plaintiff Piyush Gupta in this action. This declaration is submitted in support of the Plaintiff's *Ex Parte* Application to Shorten Time to Hear Plaintiff's Motion to Amend the Complaint Under Fed. R. Civ. P. 15(a) and to Remand the Case to State Court under 28 U.S.C. § 1441(a). I have personal, first-hand knowledge of all matters stated herein and, if called as a witness, could and would testify competently thereto.

2. On January 2, 2015, I informed Mitchell Boomer (counsel for IBM) that Plaintiff intended to amend the complaint. Plaintiff instructed me not to file the amended complaint before the mediation because he did not want to derail the settlement negotiations. A copy of my letter to Mr. Boomer is attached as <u>Exhibit A</u>.

3. The mediation was conducted on May 27, 2015. The parties did not settle on that date, but agreed not to take any action until after June 1, 2015 to give IBM an opportunity to consider a settlement offer that Plaintiff proposed before the parties concluded the mediation.

4. IBM did not give Plaintiff any response to the offer on June 1, 2015. Accordingly, Plaintiff promptly informed IBM the next day that he was going to go ahead and amend the complaint, and invited IBM to stipulate to the amended complaint to avoid burdening the court with a separate motion. A copy of my letter dated June 2, 2015, to Mr. Boomer and his response communicating IBM's refusal to stipulate is attached as <u>Exhibit B</u>.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Jose, California on June 10, 2015.

By: _____
Tomas M. Flores

EXHIBIT A



**TOMAS M. FLORES**
ATTORNEY AT LAW

97 S. Second Street—Suite 100
San Jose, California 95113
T (760) 410-8356
F (760) 854-4300
tom@floreslegal.com

January 2, 2015

SENT VIA E-MAIL ONLY
*boomerm@jacksonlewis.com*

Mitchell F. Boomer
JACKSON LEWIS P.C.
50 California Street – 9th Floor
San Francisco, California 94111

Re:   *Piyush Gupta v. IBM*
      U.S. District Court – N.D. Cal. Case No. 14-CV-01358-EJD

Dear Mr. Boomer:

Shortly, I will amend the complaint to join additional parties and add at least one more claim in light of new evidence I did not know about that surfaced during Piyush Gupta's deposition last month, which relates to the misrepresentations made to him regarding the terms of his employment.

As we proceed with that, my client nevertheless remains interested in mediation. If IBM is too, then I propose that we select a mediator from the list of neutrals provided by the ADR Unit pursuant to ADR Local Rule 6-3.

Please let me know IBM's response as soon as possible so that we can promptly submit the enclosed form the court requires to refer a matter to mediation (Stipulation and Order Selecting ADR Process).

Sincerely,

Tomas M. Flores

9812.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIYUSH GUPTA,<br><br>        Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM),<br><br>        Defendant. | Case No. 14-CV-01358-EJD<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in Mediation (ADR L.R. 6). The parties agree to hold the ADR session by the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

Dated: January 2, 2015        _____
                                           Tomas M. Flores
                                           Attorney for Plaintiff Piyush Gupta

Dated: January ___ , 2015       _____
                                             Mitchell F. Boomer
                                             Attorney for Defendant IBM

ORDER

☐    The parties' stipulation is adopted and IT IS SO ORDERED.

☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

_____
_____

Dated: _____ , 2015      _____
                                                 UNITED STATES JUDGE

9811.1

EXHIBIT B



**TOMAS M. FLORES**
ATTORNEY AT LAW

97 S. Second Street—Suite 100
San Jose, California 95113
T (760) 410-8356
F (760) 854-4300
tom@floreslegal.com

June 2, 2015

SENT VIA E-MAIL ONLY
*boomerm@jacksonlewis.com*

Mitchell F. Boomer
JACKSON LEWIS P.C.
50 California Street – 9th Floor
San Francisco, California 94111

Re:   *Piyush Gupta v. IBM*
      U.S. District Court – N.D. Cal. Case No. 14-CV-01358-EJD

Dear Mr. Boomer:

My client instructed me to amend the complaint as I informed you he would do at the mediation if the case did not settle. The amended complaint joins Arvind Krishna and Edward Matchak as individual defendants and adds three separate causes of action (fraud, negligent misrepresentation and waiting time penalties due under Labor Code § 203).

Ideally, the parties can stipulate to allow my client to file the amended complaint without having to ask for leave of court. Suspecting that IBM will not agree, I write to clear dates with you that the motion to amend (and accompanying motion to remand the case to state court) may be heard at the end of this month.

Sincerely,

Tomas M. Flores

Subject: RE: FW: Gupta v. IBM
To: Tom Flores <tom@floreslegal.com>
Cc: "Ramchandani, Alka (San Francisco)" <Alka.Ramchandani@jacksonlewis.com>, "Law Office of Tomas M. Flores" <mail@floreslegal.com>

Tom:   IBM cannot stipulate to amending the complaint, particularly in the manner you propose and in light of your statement that you intend to amend the complaint to add individual defendants as a means of breaking diversity and seeking remand to state court.  We expect the Court will deny your motion(s) on multiple grounds including, but not limited to, improper joinder, fraudulent joinder, and lack of prejudice to Mr. Gupta if the motion is denied.

Mitchell F. Boomer
Attorney at Law
Jackson Lewis P.C.
50 California Street, 9th Floor
San Francisco, CA 94111

415.394.9400 | Phone
415.796-5419 | Direct
415.394.9401 | Fax

BoomerM@jacksonlewis.com

www.jacksonlewis.com