# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
## Civil Minute Order

Date: July 30, 2015
Courtroom Deputy Clerk: Elizabeth Garcia
Court Reporter: Summer Fisher

<u>**TIME IN COURT:**</u> 51 mins
(9:10 – 10:01 AM)

## CASE NUMBER: 5:14-cv-01358-EJD
## TITLE: Piyush Gupta v. IBM

Plaintiff(s) Attorney(s) present: Tomas Flores
Defendant(s) Attorney(s) present: Mitchell Boomer

## PROCEEDINGS: Defendant's Motion for Summary Judgment by Plaintiff (Doc. 31)

## ORDER AFTER HEARING:
Hearing held.
The Court took the matter under submission after oral argument. The Court to issue further Order following hearing.


Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: