1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| PIYUSH GUPTA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 5:15-cv-05216  NC<br><br>**SUA SPONTE JUDICIAL<br>REFERRAL FOR PURPOSES OF<br>DETERMINING RELATIONSHIP<br>OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward J. Davila to determine whether it is related to 5:14-cv-01358 EJD, Piyash Gupta v. International Business Machines Corporation.

IT IS SO ORDERED.

Date:  November 6, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge