UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIYUSH GUPTA,<br><br>        Plaintiff,<br><br>   v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM),<br><br>        Defendant. | Case No. 5:14-cv-01358-EJD<br><br>**ORDER RE: UPDATED TRIAL ESTIMATE** |

Given the recent summary judgment ruling, the parties shall file on or before **November 25, 2015**, a brief joint statement which provides an updated realistic estimate of the length of the jury trial.

**IT IS SO ORDERED.**

Dated:  November 20, 2015

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-01358-EJD
ORDER RE: UPDATED TRIAL ESTIMATE

1