# EXHIBIT X

| Exh. No. | Date | Subject/ Description | Purpose | Sponsor/Witness | Marked | Admitted |
|---|---|---|---|---|---|---|
| 1001 | 11/1/2011 | Blueshield statement of Dr. Christpher Milford | Shows Plaintiff's disability and damages | Piyush Gupta | | |
| 1002 | 11/12/2011 | Blueshield CT Scan Claim | Shows Plaintiff's disability and damages | Piyush Gupta | | |
| 1003 | 2/2/2012 | Paraic Sweeny email to Plaintiff regarding kudos from sales team | Shows Plaintiff's abilities to carry out duties and success at IBM | Piyush Gupta | | |
| 1004 | 2/16/2012 | Anthem Claim of Dr. Ayer | Shows extent of Plaintiff's disability and damages | Piyush Gupta, and Dr. Ayer | | |
| 1005 | 2/20/2012 | Emergency room CT scan in Los Angeles | Shows extent of Plaintiff's disability and damages | Piyush Gupta | | |
| 1006 | 6/2/2012 | Sleep Medicine and Neurology billing statement | Shows extent of Plaintiff's disability and damages | Piyush Gupta | | |
| 1007 | 6/20/2012 | Bay Sleep Clinic statement | Shows extent of Plaintiff's disability and damages | Piyush Gupta | | |
| 1008 | 6/29/2012 | Anthem Claim of Dr. Ayer | Shows extent of Plaintiff's disability | Piyush Gupta and Dr. Ayer | | |
| 1009 | 7/5/2012 | Anthem Claim of DME | Shows extent of Plaintiff's disability | Piyush Gupta | | |
| 1010 | 7/20/2012 | Amthem medical bill showing 10 visits | Shows extent of Plaintiff's disability | Piyush Gupta | | |
| 1011 | 8/13/2012 | Sleep Medicine and Neurology billing statement | Shows extent of Plaintiff's disability | Piyush Gupta | | |
| 1012 | 11/15/2012 | Email to Plaintiff from IBM India team | Shows Plaintiff's abilities to carry out duties and success at IBM | Piyush Gupta | | |
| 1013 | 11/21/2012 | Dr. Ayer billing statement | Shows extent of Plaintiff's disability | Piyush Gupta and Dr. Ayer | | |
| 1014 | 12/6/2012 | Shadow Emergency Services in Philadelphia statement | Shows extent of Plaintiff's disability | Piyush Gupta | | |
| 1015 | 2/7/2013 | Plaintiff email to Dan Winarski regarding back problems and en route to Japan | Shows extent of Plaintiff's disability, and IBM's knowledge of Plaintiff's condition | Piyush Gupta | | |
| 1016 | 2/21/2013 | Silicon Valley MRI results report | Shows extent of Plaintiff's disability and damages | Piyush Gupta | | |
| 1017 | 2/24/2013 | Plaintiff email to Inhi Suh regarding MRI results and doctor's opinion on travel | Shows extent of Plaintiff's disability, initiate interactive process, and IBM's knowledge of Plaintiff's condition | Piyush Gupta and Inhi Suh | | |
| 1018 | 3/6/2013 | Dr. Ayer billing statement | Shows extent of Plaintiff's disability and damages | Piyush Gupta and Dr. Ayer | | |
| 1019 | 3/7/2013 | Dr. Ravi Singh invoice | Shows extent of Plaintiff's disability and damages | Piyush Gupta | | |
| 1020 | 3/13/2013 | Inhi Suh email to Plaintiff and Robert Picciano regarding new role | Shows Plaintiff's abilities to carry out duties and success at IBM | Piyush Gupta and inhi Suh | | |
| 1021 | 3/14/2013 | Dr. Jayakar prescription for sit/stand desk for Plaintiff | Shows Plaintiff's request for accommodation | Piyush Gupta and Dr. Jayakar | | |
| 1022 | 3/14/2013 | Dr. Jayakar private patient chart note regarding Plaintiff's needs for accommodations | Shows Plaintiff's request for accommodation | Piyush Gupta and Dr. Jayakar | | |
| 1023 | 3/16/2013 | Plaintiff email to Inhi Suh regarding doctor's orders | Shows Plaintiff's attempts to initiate interactive process. | Piyush Gupta and Inhi Suh | | |
| 1024 | 3/18/2013 | Plaintiff email to Inhi Suh regarding back problems and air travel | Shows Plaintiff's attempts to initiate interactive process. | Piyush Gupta and inhi Suh | | |

| Exh. No. | Date | Subject/ Description | Purpose | Sponsor/Witness | Marked | Admitted |
|---|---|---|---|---|---|---|
| 1025 | 3/18/2013 | Plaintiff email to Inhi Suh regarding sleep treatment | Shows Plaintiff's attempts to initiate interactive process. | Piyush Gupta and Inhi Suh | | |
| 1026 | 4/9/2013 | IBM progress report on Plaintiff who reported that after a flight he could not move due to back pain | Shows Plaintiff's attempts to initiate interactive process. | Piyush Gupta | | |
| 1027 | 4/10/2013 | Employer's Report of Occupational Injury | Shows extent of Plaintiff's disability and damages | Piyush Gupta | | |
| 1028 | 4/15/2013 | Private Patient Chart Note from Dr. Ayer regarding business class travel | Shows Plaintiffs attempts to initiate interactive process, and request for accommodations | Piyush Gupta and Dr. Ayer | | |
| 1029 | 4/18/2013 | Request for travel class upgrade. | Shows Plaintiffs attempts to initiate interactive process, and request for accommodations | Piyush Gupta | | |
| 1030 | 4/19/2013 | Email from Dr. Jayakar regarding IBM's Travel Class Upgrade Form. | Shows Plaintiff's request for accommodation, and IBM's resistance to accommodate | Piyush Gupta and Dr. Jayakar | | |
| 1031 | 4/23/2013 | Plaintiff's Authorization to Release Medical Information | Shows Plaintiff's attempts to interact with IBM to secure accommodations | Piyush Gupta | | |
| 1032 | 4/25/2013 | Plaintiff's email to Paraic Sweeny regarding spinal doctor | Shows IBM's knowledge of Plaintiff's condition | Piyush Gupta | | |
| 1033 | 5/2/2013 | Email from Dr. Snyder to Plaintiff regarding request for travel upgrade | Shows IBM's continuing obstruction of Plaintiff's request for accommodation | Piyush Gupta | | |
| 1034 | 5/20/2013 | Email from Dr. Jayakar regarding treatment of Plaintiff's back and effect on travel | Shows extent of Plaintiff's disability and damages | Piyush Gupta and Dr. Jayakar | | |
| 1035 | 5/22/2013 | Plaintiff email to Inhi regarding Africa trip report | Shows Plaintiff's continuing success at IBM, and ability to carry out duties | Piyush Gupta and Inhi Suh | | |
| 1036 | 6/4/2013 | Email from Dr. Snyder to Plaintiff apologizing for long time to approve request for travel upgrade | Shows IBM's continuing obstruction of Plaintiff's request for accommodation | Piyush Gupta | | |
| 1037 | 6/4/2013 | Email from Plaintiff to Inhi regarding flight prices in India and successful meetings | Shows Plaintiff's continuing success at IBM, and ability to carry out duties | Piyush Gupta and inhi Suh | | |
| 1038 | 6/5/2013 | Pro-Active Physical Therapy invoice | Shows extent of Plaintiff's disability | Piyush Gupta | | |
| 1039 | 6/8/2013 | Email from Plaintiff to Inhi Suh regarding order of ergonomic desk | Shows Plaintiff'srequest for accommodation | Piyush Gupta and Inhi Suh | | |
| 1040 | 6/8/2013 | Email from Plaintiff to Inhi Suh regarding IBM's ergonomic evaluation of Plaintiff on April 26, 2013. | Shows IBM's knowledge of Plaintiff's condition, and how ergonomic furniture will ease Plaintiff's pain in his back | Piyush Gupta and inhi Suh | | |
| 1041 | 6/12/2013 | Dr. Ayer billing statement | Shows extent of Plaintiff's disability and damages | Piyush Gupta and Dr. Ayer | | |
| 1042 | 6/12/2031 | SWMG Employee Package STD language | Shows IBM policies on short term disability | Piyush Gupta, and Edward Matchak | | |
| 1043 | 6/16/2013 | Emails from Plaintiff to IBM representatives attempting to secure ergonomic desk | Shows IBM's continuing obstruction of Plaintiff's request for accommodation | Piyush Gupta | | |
| 1044 | 6/18/2013 | Email from Plaintiff to Mary Temo regarding ergonomic desk | Shows IBM's continuing obstruction of Plaintiff's request for accommodation | Piyush Gupta and Mary Temo | | |
| 1045 | 6/18/2013 | Email from Carol Lamb to Project Office regarding Plaintiff's termination | Shows IBM's continuing obstruction of Plaintiff's request for accommodation. | Piyush Gupta | | |
| 1046 | 6/19/2013 | Plaintiff email to Inhi Suh regarding meeting with Reliance Infrastructure CEO | Shows IBM's unjust enrichment, damages, IBM's sacrificing Plaintiff's health for profit, continuing ability to carry out duties at IBM | Piyush Gupta | | |

Gupta v. IBM
Plaintiff's Trial Exhibit List

| Exh. No. | Date | Subject/ Description | Purpose | Sponsor/Witness | Marked | Admitted |
|---|---|---|---|---|---|---|
| 1047 | 6/20/2013 | Plaintiff email to Inhi Suh regarding pending deal in India. | Shows IBM's unjust enrichment, damages, IBM's sacrificing Plaintiff's health for profit, continuing ability to carry out duties at IBM | Piyush Gupta and Inhi Suh | | |
| 1048 | 6/24/2013 | Plaintiff emails to Mark Mullin regarding ergonomic desk | Shows how ergonomic desk could have been an accommodation to Plaintiff | Piyush Gupta | | |
| 1049 | 6/24/2013 | Email to Dr. Barsten regarding short term disability | Shows extent of Plaintiff's disability and damages | Piyush Gupta | | |
| 1050 | 6/25/2013 | Email from Gaurav Agarwal to Inhi Suh requesting Plaintiff stay at IBM | Shows Plaintiff's abilities to carry out duties and success at IBM | Piyush Gupta | | |
| 1051 | 6/25/2013 | Email from Plaintiff to Mary Temo asking to use IBM's ergonomic desk | Shows IBM's continuing obstruction of Plaintiff's request for accommodation | Piyush Gupta and Mary Temo | | |
| 1052 | 6/28/2013 | Email from Plaintiff to Inhi Suh regarding six month wait for ergonomic furniture. | Shows IBM's continuing obstruction of Plaintiff's request for accommodation | Piyush Gupta and Inhi Suh | | |
| 1053 | 6/28/2013 | Email from Dr. Barsten to Plaintiff regarding short term disability | Shows extent of Plaintiff's disability | Piyush Gupta | | |
| 1054 | 6/29/2013 | Email from Carol Edelman asking Plaintiff for briefing | Shows Plaintiff's success at IBM and ability to carry out job duties | Piyush Gupta | | |
| 1055 | 7/2/2013 | Medical Treatment Report of Dr. Ayer regarding leave of absence from July 2013 to August 2013 | Shows extent of Plaintiff's disability | Piyush Gupta and Dr. Ayer | | |
| 1056 | 7/2/2013 | Email from Plaintiff to Mary Temo regarding short term disability | Shows Plaintiff's request for accommodation and interactive process. | Piyush Gupta and Mary Temo | | |
| 1057 | 7/3/2013 | Email from Mary Temo to Plaintiff with instructions for Plaintiff's doctor to fax form to IBM | Shows IBM's continuing obstruction of Plaintiff's request for accommodation | Piyush Gupta and Mary Temo | | |
| 1058 | 7/4/2013 | Email from Inhi Suh "approving" furniture reqest after repeated alerts from different people | Shows IBM's continuing obstruction of Plaintiff's request for accommodation | Piyush Gupta and Inhi Suh | | |
| 1059 | 7/8/2013 | Email from Plaintiff to Inhi Suh regarding meeting with RCAP | Shows IBM's unjust enrichment, damages, IBM's sacrificing Plaintiff's health for profit, continuing ability to carry out duties at IBM | Piyush Gupta and Inhi Suh | | |
| 1060 | 7/8/2013 | IBM Medical Treatment Report signed by Dr. Ayer | Shows extent of Plaintiff's injuries | Piyush Gupta and Dr. Ayer | | |
| 1061 | 7/9/2013 | Email from Plaintiff to Inhi Suh regarding ergonomic furniture and economy domestic flights in India | Shows IBM's unjust enrichment, damages, IBM's sacrificing Plaintiff's health for profit, continuing ability to carry out duties at IBM | Piyush Gupta and Inhi Suh | | |
| 1062 | 7/9/2013 | Email from Inhi Suh to Carroll Connacher regarding Plaintiff's last meeting in India | Shows IBM's unjust enrichment, damages, IBM's sacrificing Plaintiff's health for profit, continuing ability to carry out duties at IBM | Piyush Gupta and Inhi Suh | | |
| 1063 | 7/9/2013 | Plaintiff's Worker's Compensation Form | Shows extent of Plaintiff's disability | Piyush Gupta | | |
| 1064 | 7/11/2013 | Email from Bob Picciano approving Plaintiff to take last trip to India | Shows IBM's unjust enrichment, damages, IBM's sacrificing Plaintiff's health for profit, continuing ability to carry out duties at IBM | Piyush Gupta | | |
| 1065 | 7/11/2013 | Email from Plaintiff to Inhi Suh regarding ergonomic furniture approval - third reminder, four emails sent. | Shows IBM's continuing obstruction of Plaintiff's request for accommodation | Piyush Gupta and Inhi Suh | | |
| 1066 | 7/18/2013 | IBM Medical Treatment Report Psychiatric Impairment Testing | Shows Plaintiff's abilities to carry out duties and success at IBM | Piyush Gupta | | |
| 1067 | 7/19/2013 | Email from Mary Temo to Plaintiff regarding retracting short term disability | Shows IBM's unjust enrichment, damages, IBM's sacrificing Plaintiff's health for profit, continuing ability to carry out duties at IBM | Piyush Gupta and Mary Temo | | |

Gupta v. IBM
Plaintiff's Trial Exhibit List

| Exh. No. | Date | Subject/ Description | Purpose | Sponsor/Witness | Marked | Admitted |
|---|---|---|---|---|---|---|
| 1068 | 7/19/2013 | Fax from Plaintiff to Mary Temo withdrawing short term disability | Shows IBM's unjust enrichment, damages, IBM's sacrificing Plaintiff's health for profit, continuing ability to carry out duties at IBM | Piyush Gupta | | |
| 1069 | 7/19/2013 | Email from Plaintiff to Inhi Suh regarding ICIC Securities purchase order | Shows Plaintiff's success at IBM and ability to carry out job duties | Piyush Gupta and Inhi Suh | | |
| 1070 | 7/19/2013 | Email from Mary Temo to Inhi Suh regarding Plaintiff's short term disability | Shows extent of Plaintiff's disability | Piyush Gupta and Inhi Suh | | |
| 1071 | 7/21/2013 | Email from Plaintiff to Mei Yee Sam regarding ergonomic furniture | Shows IBM's continuing obstruction of Plaintiff's request for accommodation | Piyush Gupta | | |
| 1072 | 7/24/2013 | Email from Mary Temo to Inhi Suh regarding communication with Plaintiff while on short term disability | Shows IBM's continuing lack of interactive process | Piyush Gupta, Inhi Suh, and Mary Temo | | |
| 1073 | 7/24/2013 | Plaintiff's Electronic Medical Folder Notes by Mary Temo | Shows extent of Plaintiff's disability and IBM's knowledge of same. | Piyush Gupta and Mary Temo | | |
| 1074 | 8/1/2013 | Email from Carol Lamb to Inhi Suh regarding executive minimum separation payment | Shows Plaintiff's damages | Piyush Gupta and Inhi Suh | | |
| 1075 | 8/2/2013 | Email from Carol Lamb to Edward Matchak regarding Plaintiff's separation date | Shows Plaintiff's damages | Piyush Gupta and Edward Matchak | | |
| 1076 | 8/2/2013 | Executive Transaction System record for Plaintiff | Shows Plaintiff's damages | Piyush Gupta | | |
| 1077 | 4/3/2013 | Email from Plaintiff to Bay Ergonomics regarding furniture | Shows Plaintiff's attempts to secure accommodations | Piyush Gupta | | |
| 1078 | 8/7/2013 | Email from Plaintiff to Inhi Suh requesting furniture use post termination | Shows IBM's continuing obstruction of Plaintiff's request for accommodation | Piyush Gupta and Inhi Suh | | |
| 1079 | 8/8/2013 | Email from Mary Temo to Plaintiff regarding furniture order cancellation | Shows IBM's continuing obstruction of Plaintiff's request for accommodation | Piyush Gupta and Mary Temo | | |
| 1080 | 8/22/2013 | Email from Edward Matchak to Mary Temo regarding Plaintiff's STD | Shows Plaintiff's damages | Piyush Gupta, Edward Matchak and Mary Temo | | |
| 1081 | 9/3/2013 | Pro-Active Physical Therapy invoice | Shows extent of Plaintiffs disability and damages | Piyush Gupta | | |
| 1082 | 9/8/2013 | Email from Plaintiff to Inhi Suh regarding back pain due to stress and extension of time to review documents | Shows Plaintiff's damages, and disability. | Piyush Gupta and Inhi Suh | | |
| 1083 | 9/23/2013 | Email from Plaintiff to Inhi Suh regarding separation concerns | Shows Plaintiff's damages | Piyush Gupta and Inhi Suh | | |
| 1084 | 10/2/2013 | Email from Plaintiff to Inhi Suh attempting to resolve separation issues | Shows Plaintiff's damages, and IBM's obstruction of Plaintiff's requests. | Piyush Gupta and Inhi Suh | | |
| 1085 | 11/1/2013 | Email from Plaintiff to Inhi Suh in further attempt to resolve separation issues | Shows Plaintiffs damages and IBM's obstruction of Plaintiff's requests | Piyush Gupta and Inhi Suh | | |
| 1086 | 11/9/2013 | IBM insurance claim form for HealthQuest | Shows extent of Plaintiff's disability and damages | Piyush Gupta | | |
| 1087 | 11/14/2013 | Email from Jason Masakowski regarding success at Reliance Capital | Shows IBM's unjust enrichment, damages, IBM's sacrificing Plaintiff's health for profit, continuing ability to carry out duties at IBM | Piyush Gupta | | |
| 1088 | 12/9/2013 | Email from Plaintiff to Inhi Suh regarding further attempts to resolve separation issues | Shows Plaintiffs damages, and IBM's obstruction of Plaintiff's requests | Piyush Gupta and Inhi Suh | | |
| 1089 | 8/9/2014 | Dr. Jayakar invoice | Shows Plaintiff's damages and extent of disability | Piyush Gupta and Dr. Jayakar | | |
| 1090 | 10/20/2014 | Receipts from Shivam Hospital in India | Shows Plaintiff's damages and extent of disability | Piyush Gupta | | |

| Exh. No. | Date | Subject/ Description | Purpose | Sponsor/Witness | Marked | Admitted |
|---|---|---|---|---|---|---|
| 1091 | 6/19/2013 | Lotus conversation with Edward Matchak | Shows Plaintiff's damages, IBM's obstruction to accommodations, lack of interactive process | Piyush Gupta and Edward Matchak | | |
| 1092 | (no date) | Plaintiff's handwritten notes regarding short term disability and separation meeting | Shows IBM's obstruction to accommodation, and lack of interactive process | Piyush Gupta | | |
| 1093 | 1/1/2013 | IBM's "About Your Benefits - Income & Asset Protection" - Document number USHR109 | Shows IBM's policies on employees with disabilities | Piyush Gupta, Edward Matchak and Inhi Suh | | |
| 1094 | 1/1/2013 | IBM document "About Your Benefits - Post Employment" | Shows IBM's policies on employees with disabilities | Piyush Gupta, Edward Matchak and Inhi Suh | | |
| 1095 | 5/6/2009 | IBM XTRAC Notes | Shows Plaintiff's start date | Piyush Gupta and Inhi Suh | | |
| 1096 | 1/1/2010 | IBM View PBC report | Shows Plaintiff's job requirements | Piyush Gupta | | |
| 1097 | 1/1/2008 | Word and Personal Life Integration | Shows Plaintiff's damages | Piyush Gupta, Edward Matchak and Inhi Suh | | |
| 1098 | 6/1/2009 | "About Your Job" Document Number USHR101 | Shows IBM's policies on employees with disabilities | Piyush Gupta, Edward Matchak and Inhi Suh | | |
| 1099 | 1/10/1984 | Plaintiff's IBM Employment Application | Shows Plaintiff's start date with IBM | Piyush Gupta | | |
| 1100 | 6/5/2015 | Declaration of Inhi Suh in Support of IBM's Motion for Summary Judgment (including all attached Exhibits) | Shows Plaintiff's requests for accommodations, lack of interactive process, and timing of events | Piyush Gupta and Inhi Suh | | |
| 1101 | 6/4/2015 | Declaration of Edward Matchack in Support of IBM's Motion for Summary Judgment (including all attached Exhibits) | Shows Plaintiff's damages, requests for accommodations, obstructions to Plaintiff's requests for accommodations, lack of interactive process, and timing of events. | Piyush Gupta | | |
| 1102 | 6/15/2015 | Declaration of Plaintiff in Opposition to IBM's Motion for Summary Judgment (and all attached exhibits) | Shows Plaintiff's damages, requests for accommodations, obstructions to Plaintiff's requests for accommodations, lack of interactive process, and timing of events. | Piyush Gupta | | |
| 1103 | 6/22/2015 | Declaration of Saurabh Jain in Opposition to IBM's Motion for Summary Judgment | Shows Plaintiff's abilities to carry out duties and success at IBM | Piyush Gupta | | |
| 1104 | 2/11/2015 | IBM's Responses to Plaintiff's First Set of Interrogatories | Shows facts that IBM bases its affirmative defenses on | Piyush Gupta | | |
| 1105 | 7/15/2013 | Email from Plaintiff to Mei Yee regarding delay of furniture delivery | Shows IBM's obstruction to accommodation, and lack of interactive process | Piyush Gupta | | |
| 1106 | 7/26/2013 | Email from IBM to Plaintiff regarding Cart Approval for ergonomic furniture | Shows IBM's continuing obstruction to Plaintiff's request for accommodation | Piyush Gupta | | |
| 1107 | 1/1/2014 | IBM Short Term Disability Income Plan - Document number: USHR111CA | Shows IBM's short term disability policy, and Plaintiff | Piyush Gupta | | |
| 1108 | 6/17/2013 | Email from Inhi Suh to Plaintiff regarding layoff call | Shows Plaintiff's termination from IBM | Piyush Gupta and Inhi Suh | | |

Gupta v IBM.
Defendant's Trial Exhibit List

| Exh. No. | Date | Subject/ Description | Purpose | Sponsor/Witness | Marked | Admitted |
|---|---|---|---|---|---|---|
| 1001 | 5/1/2009 | Employment Application (IBM 00135-137) | General Background and establish company's policy on reasonable accommodation policy. | Plaintiff, Matchak | | |
| 1002 | N/A | IBM Business Conduct Guidelines (IBM 00621) | Establish company's anti-discrimination policy | Plaintiff, Matchak | | |
| 1003 | 6/1/2009 | "About Your Job" booklet (IBM 00286-309) | Establish company's anti-discrimination policy | Plaintiff, Matchak | | |
| 1004 | 3/20/2015 | Plaintiff Piyush Gupta's Response to IBM's First Set of Interrogatories Nos. 2, 5, 8, 9, 16 | Establish basis for Plaintiff's allegations of denial or reasonable accommodation and failure to engage in interactive process. | Plaintiff | | |
| 1005 | 4/3/2013 | Email chain between Gutpa and Swati Deshkar re: ergonomic assessment | Establish timing and action with respect to Plaintiff's request for, and Defendant's provision of, reasonable accommodation. | Plaintiff | | |
| 1006 | 4/9/2013 | Progress Report re: Gupta's back injury (IBM 00849-850) | Establish time frame for Plaintiff's request for reasonable accommodation and and Defendant's response to request for accommodation. | Plaintiff | | |
| 1007 | 6/19/2013 | Email chain between Gutpa and Mary Temo re: WC Update | Establish time frame for Plaintiff's request for reasonable accommodation and and Defendant's response to request for accommodation. | Plaintiff | | |
| 1008 | 6/25/2013 | Quotation from Mark Mullin Sales, Inc. re: cost (including shipping) of electric bi-level rectangle table and triple arm monitor lift | Establish company's reasonable accommodation. | Plaintiff, DesBiens, Matchak | | |

Gupta v IBM.
Defendant's Trial Exhibit List

| Exh. No. | Date | Subject/ Description | Purpose | Sponsor/Witness | Marked | Admitted |
|---|---|---|---|---|---|---|
| 1009 | 6/26/2013 | Email from Mei Yee Sam to Gupta re: AWC 19377 Quote & Furniture Pre-Approval | Establish time frame for Plaintiff's request for reasonable accommodation and and Defendant's response to request for accommodation. | Plaintiff, DesBiens, Matchak | | |
| 1010 | 6/27/2013 | Email from Gupta to Mei Yee Sam re: AWC 19377 Quote & Furniture Pre-Approval | Establish time frame for Plaintiff's request for reasonable accommodation and and Defendant's response to request for accommodation. | Plaintiff, DesBiens, Matchak | | |
| 1011 | 6/28/2013 | Email chain re: AWC 19377 Quote & Furniture Pre-Approval | Establish time frame for Plaintiff's request for reasonable accommodation and and Defendant's response to request for accommodation. | Plaintiff, Cho | | |
| 1012 | 7/4/2013 | Email chain between Gupta and Cho Suh re: approving of AWC tool (IBM 00919) | Establish Defendant's reasonable accommodation of Plaintiff. | Plaintiff, Cho Suh | | |
| 1013 | 7/11/2013 | Email from Bob Picciano to Carroll Connacher re: 2 week Mercury extension for Gupta (IBM 00890) | Establish extended retirement date for Plaintiff. | Plaintiff, Cho Suh | | |
| 1014 | 7/25/2013 | Email from Gupta to Mary Temo re: ergonomic chair/table | Establish time frame for Plaintiff's request for reasonable accommodation and and Defendant's response to request for accommodation. | Plaintiff, Matchak | | |
| 1015 | 7/25/2013 | IBM Accessbile Workplace Connection Application - Comments and Documentation re: nonapproval of accommodation | Establish reasonable basis for Defendant's decision to not provide temporary use of ergonomic workstation for home office as reasonable accommodation. | Plaintiff, DesBiens, Matchak | | |
| 1016 | 8/8/2013 | Email from Gupta to Inhi Cho re: AWC 19377 -Ergo Chair & Sit/stand desk (IBM 00912) | Establish Defendant's reasonable response to Plaintiff's request for reasonable accommodation. | Plaintiff, Cho Suh, DesBeins | | |

Gupta v IBM.
Defendant's Trial Exhibit List

| Exh. No. | Date | Subject/ Description | Purpose | Sponsor/Witness | Marked | Admitted |
|---|---|---|---|---|---|---|
| 1017 | 8/8/2013 | Email chain re: AWC 19377 Ergo Chair | Establish Defendant's reasonable response to Plaintiff's request for reasonable accommodation. | Plaintiff, Cho Suh | | |
| 1018 | 8/21/2013 | Email from Gupta to Cho re: AWC 19377 Ergo Chair | Establish Defendant's reasonable response to Plaintiff's request for reasonable accommodation. | Plaintiff, Cho Suh | | |
| 1019 | N/A | Timeline | Establish Defendant's reasonable response to Plaintiff's request for reasonable accommodation. | Plaintiff, Cho Suh, Matchak | | |