UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIYUSH GUPTA,<br><br>  Plaintiff,<br><br>  v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM),<br><br>  Defendant. | Case No.  5:14-cv-01358-EJD<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

As indicated at the Final Pretrial Conference, the above-entitled action is REFERRED pursuant to ADR Local Rule 7-2 to Magistrate Judge Nathanael Cousins for a settlement conference to occur on December 23, 2015.  The parties shall contact Judge Cousins' Courtroom Deputy to arrange a time for the conference.

**IT IS SO ORDERED.**

Dated:  December 17, 2015

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:14-cv-01358-EJD
ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE