UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIYUSH GUPTA,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM),<br><br>    Defendant. | Case No.  5:14-cv-01358-EJD<br><br>**ORDER RE: DEFENDANT'S MOTION TO QUASH**<br><br>Re: Dkt. No. 99 |

As to Defendant's motion to quash certain trial subpoenas (Docket Item No. 99), the court orders as follows:

1. Any opposition to the motion shall be filed on or before **4:00 p.m. on December 29, 2016**, and shall not exceed 5 pages in length.

2. Any reply to the opposition shall be filed on or before **4:00 p.m. on December 30, 2016**, and shall not exceed 5 pages in length.

**IT IS SO ORDERED.**

Dated: December 28, 2015

                                                                              _____
                                                                              EDWARD J. DAVILA
                                                                              United States District Judge