1   Mitchell F. Boomer (State Bar No. 121441)
    Alka Ramchandani (State Bar No. 262172)
2   JACKSON LEWIS P.C.
    50 California Street, 9th Floor
3   San Francisco, CA 94111-4615
    Telephone:  (415) 394-9400
4   Facsimile:  (415) 394-9401
    E-mail:  boomerm@jacksonlewis.com
5   E-mail:  alka.ramchandani@jacksonlewis.com

6   Attorneys for Defendant
    INTERNATIONAL BUSINESS
7   MACHINES CORPORATION

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  PIYUSH GUPTA,                          Case No. 14-CV-01358-EJD

12              Plaintiff,                 **DEFENDANTS' REQUEST TO USE
                                           AUDIO VISUAL EQUIPMENT AT
13        v.                               TRIAL; [PROPOSED] ORDER**

14  INTERNATIONAL BUSINESS MACHINES
    CORPORATION (IBM),                     Removal Filed:   March 26, 2014
15                                         Trial Date:      January 5, 2016
                                           Judge:           Hon. Edward J. Davila
16              Defendant.                 Courtroom:       4, 5th Floor, San Jose

17

18         Defendant International Business Machines Corporation, ("Defendant") hereby request

19  the Court's authorization that in the event the equipment located in Courtroom 1 is not compatible

20  with our systems, Defendant be able to use its own audio-visual equipment during the upcoming

21  trial in this matter.  Counsel for Defendant anticipates bringing the equipment into the Courthouse

22  on or about January 5, 2016.  Counsel anticipates that the equipment will be removed after

23  closing arguments in this action.  Defendant anticipates using the following equipment:

24         • Epson projector with power cables; and

25         • Portable screen for evidence presentation.

26  ///

27  ///

28  ///

                                        1

1  Respectfully submitted,

2  Dated: January 4, 2016                          JACKSON LEWIS P.C.

3

4

5                                    By:   /s/ Alka Ramchandani
                                          Mitchell F. Boomer
6                                         Alka Ramchandani
                                          Attorneys for Defendant
7                                         INTERNATIONAL BUSINESS
                                          MACHINES CORPORATION

8

9                             [PROPOSED] ORDER

10        After consideration and review, the Court rules that Defendant's request to use audio

11  visual equipment at trial is GRANTED.

12        IT IS SO ORDERED:

13

14  Dated:  1/4/2016
                                          Edward J. Davila
15                                        U.S. District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28  4852-6756-6892, v. 1

                                    2