UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIYUSH GUPTA,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM),<br><br>    Defendant. | Case No.  5:14-cv-01358-EJD<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO POSTPONE TRIAL PROCEEDINGS**<br><br>Re: Dkt. No. 115 |

Plaintiff Piyush Gupta's ("Plaintiff") request to postpone trial proceedings until January 12, 2016, as indicated in a letter from his attorney dated and received by the court on January 7, 2016 (Docket Item No. 115) is DENIED.

The parties should be prepared to continue with the matter at 8:30 a.m. on January 8, 2016. If Plaintiff is unable to resume with his own testimony at that time, he should be prepared to call other witnesses to occupy the trial session.

**IT IS SO ORDERED.**

Dated:  January 7, 2016

EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:14-cv-01358-EJD
ORDER DENYING PLAINTIFF'S REQUEST TO POSTPONE TRIAL PROCEEDINGS