UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Judge Edward J. Davila**
Courtroom 1 - 5th Floor

## Civil Minute Order

**Date**: January 11, 2016    **Time in Court**:    hrs,    mins
(8:40 AM – 10:12 AM, 10:33 – 12:08 PM )

**Courtroom Deputy Clerk**: Elizabeth Garcia
**Court Reporter**: Irene Rodriguez

**TITLE: Piyush Gupta v. International Business Machines Corporation**
**CASE NUMBER**: **5:15-cv-01358-EJD**
Plaintiff Attorney(s) present: Tomas Flores
Defendant Attorney(s) present: Mitchell Boomer, Alka Ramchandani, Andrew Heyman

### PROCEEDINGS:

Continued Jury Trial proceedings.
Please see trial log attached.

///

**The following exhibits are marked for identification:**
Plaintiff: 16 (by deft), 40 (redacted), 41, 42, 43, 44
Defendants: 1022, 1008,

**The following exhibits are admitted into evidence:**
Plaintiff: 16 (by deft), 40 (redacted), 41, 42, 43,
Defendants: 1022, 1008,



Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## TRIAL LOG
## EXHIBIT and WITNESS LIST

| CASE NO: 5:14-cv-01358-EJD | CASE TITLE: Piyush Gupta v. IBM | |
|---|---|---|
| JUDGE: Edward J. Davila | PLAINTIFF ATTORNEY:<br>Tomas Flores | DEFENSE ATTORNEY:<br>Mitchell Boomer, Alka Ramchandani, Andrew Heyman |
| JURY SELECTION:<br>January 5, 2016 | REPORTER(S): Irene Rodriguez | CLERK: Elizabeth Garcia |
| TRIAL DATE:<br>January 11, 2016 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:40 AM | | | Jury summoned. Continued cross examination of P. Gupta. |
| | 1022 | 9:04 AM | X | | EXHIBIT 1022 IDENTIFIED |
| | 1022 | 9:05 AM | | X | EXHIBIT 1022 RECEIVED |
| | 1008 | 10:00 AM | X | | EXHIBIT 1008 IDENTIFIED |
| | | 10:12 AM | | | The Court and jury take the mid-morning break. |
| | | 10:33 AM | | | Jury summoned. Proceedings resume. Continued cross examination of P. Gupta. |
| 16 | | 10:37 AM | X | | EXHIBIT 16 BY DEFENDANT IDENTIFIED |
| 16 | | 10:38 AM | | X | EXHIBIT 16 BY DEFENDANT RECEIVED |
| | 1008 | 10:43 AM | | X | EXHIBIT 1008 RECEIVED |
| | | 11:00 AM | | | End cross examination of P. Gupta. Redirect examination of P. Gupta. |
| 40 | | 11:14 AM | X | | EXHIBIT 40 IDENTIFIED |
| | | 11:16 AM | | | Side bar conference. |
| | | 11:21 AM | | | End side bar conference. Proceedings resume. Continued redirect examination of P. Gupta. Plaintiff Exhibit 40 to be redacted prior to admission. |
| 41 | | 11:23 AM | X | | EXHIBIT 41 IDENTIFIED |
| 41 | | 11:24 AM | | X | EXHIBIT 41 RECEIVED |
| 42 | | 11:28 AM | X | | EXHIBIT 42 IDENTIFIED |
| 42 | | 11:29 AM | | X | EXHIBIT 42 RECEIVED |
| 43 | | 11:32 AM | X | | EXHIBIT 43 IDENTIFIED |

1

| 43 | | 11:34 AM | | X | EXHIBIT 43 RECEIVED. |
| 44 | | 11:57 AM | X | | EXHIBIT 44 IDENTIFIED. |
| | | 11:59 AM | | | Side bar conference. |
| | | 12:04 PM | | | End side bar conference. Proceedings resume. Continued redirect examination of P. Gupta. |
| | | 12:05 PM | | | Jury dismissed for the evening recess. The court holds hearing outside presence of the hearing. |
| | | 12:08 PM | | | Hearing concludes. The Court takes the evening recess. **Further jury trial proceedings set for January 12, 2016 at 8:30 AM** |